No. 46. Brown et al. v. Bank of Commerce & Trust Co. et al. Jurisdictional statement submitted September 15, 1932. Decided October 10, 1932. *Per Curiam:* The mo-

tion of the appellees to affirm the decree herein, and for an award of damages pursuant to § 878, Title 28, U. S. Code, is denied. The appeal in this cause is dismissed for the want of a substantial federal question. *Missouri Pacific R. Co.* v. *Western Crawford Road Improvement District,* 266 U. S. 187; *Miller & Lux* v. *Sacramento & San Joaquin Drainage District,* 256 U. S. 129; *Houck* v. *Little River Drainage District,* 239 U. S. 254. *Messrs. Wm. H. Watkins* and *A. F. Gardner* for appellants. *Messrs. Julian C. Wilson* and *Walter P. Armstrong* for appellees.